CHASKIE J. ROSENBERG, Appellant, v METLIFE, INC., et al., Respondents.

Decided August 29, 2006

Certification of question by the United States Court of Appeals for the Second Circuit, pursuant to section 500.27 of the Rules of Practice of the Court of Appeals (22 NYCRR 500.27), accepted and the issues presented are to be considered after briefing and argument.

Concur: Judges CIPARICK, ROSENBLATT, GRAFFEO, READ and R.S. SMITH. Taking no part: Chief Judge KAYE and Judge G.B. SMITH.

WELSBACH ELECTRIC CORP., Respondent, v MASTEC NORTH AMERICA, INC., Appellant.

Submitted July 31, 2006; decided August 29, 2006

Motion to strike respondent's addendum and supplementary appendix and portions of respondent's brief denied.

MICHAEL A. WOLFSON, M.D., M.P.H., Appellant, v PREVENTATIVE MEDICINE CLINICAL SERVICES et al., Respondents.

Submitted May 22, 2006; decided August 29, 2006

Motion, insofar as it seeks leave to appeal from the Appellate Division order that affirmed Supreme Court's order denying appellant's motion to renew, dismissed upon the ground that such order does not finally determine the action within the meaning of the Constitution; motion for leave to appeal otherwise denied.